# UNITED STATES DISTRICT COURT

for

### EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

U.S.A. vs. Courtney Tremaine Price            Docket No. 4:06-CR-79-1BR

**Petition for Action on Supervised Release**

     COMES NOW Michael W. Dilda, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Courtney Tremaine Price, who, upon an earlier plea of guilty to Distribution of More Than 5 Grams of Cocaine Base, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on December 5, 2007, to the custody of the Bureau of Prisons for a term of 65 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 5 years under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

3. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

4. The defendant shall participate in a vocational training program as directed by the probation office.

5. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

     Courtney Tremaine Price was released from custody on January 24, 2011, at which time the term of supervised release commenced.

     **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

     On October 13, 2012, the defendant was charged in Pitt County, North Carolina, with Driving While License Revoked (12CR4654). Although he failed to appear in court, the offense remains pending for disposition in Pitt County District Court. Additionally, Price failed to notify the

Courtney Tremaine Price
Docket No. 4:06-CR-79-1BR
Petition For Action
Page 2

probation officer of this offense within 72 hours as required. The charges were discussed with the defendant on January 11, 2013, at which time he acknowledged the new criminal conduct. As a sanction for this violation conduct, it is recommended that Price participate in a cognitive behavioral program as directed by the probation office.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield | /s/ Michael W. Dilda |
| Dwayne K. Benfield | Michael W. Dilda |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 201 South Evans Street, Room 214 |
| | Greenville, NC 27858-1137 |
| | Phone: 252-758-7200 |
| | Executed On: February 12, 2013 |

**ORDER OF COURT**

Considered and ordered this  13  day of  February , 2013, and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge